The People of the State of New York, Respondent, v Tony Weaver, Appellant. [890 NYS2d 857]—

Present—Hurlbutt, J.P., Fahey, Peradotto, Green and Gorski, JJ.